**STATE of Minnesota, Appellant,**

v.

**Scott Bradley BOYNTON, Respondent.**

**No. C7–82–1053.**

Supreme Court of Minnesota.

April 22, 1983.

Hubert H. Humphrey III, Atty. Gen., St. Paul, DeWayne P. Mattson, County Atty., and Raymond F. Schmitz, Asst. County Atty., Rochester, for appellant.

Dunlap, Keith, Finseth, Berndt & Sandberg and A.M. Keith, Rochester, for respondent.

AMDAHL, Chief Justice.

This is an appeal by the state, pursuant to Minn.Stat. § 244.11 (1982), from a sentencing departure by the district court in the form of a stay of imposition of sentence in a case in which the Sentencing Guidelines recommend imposition and execution of sentence. This case is a companion case to *State v. Hennessy,* 328 N.W.2d 442 (Minn.1983), where, on similar facts, we upheld a dispositional departure by the same judge with respect to defendant's accomplice. That case controls, and we affirm.

Affirmed.

KELLEY, J., took no part in the consideration or decision of this case.